```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF KANSAS
```

IN THE MATTER OF:
                                               CHAPTER 13
 RAYMOND ALEXANDER ESPINOSA         )          CASE NO.: 14-41057
 ROBIN KAY WOLFE ESPINOSA           )
 1117 SW 3RD STREET

 TOPEKA KS 66606

FOR: CAPITOL CITY PAWN SHOP INC                OBJECTION TO CLAIM
     PO BOX 19327                              NO.:   3

     TOPEKA  KS 66619

**OBJECTION TO CLAIM**

COMES NOW, Jan Hamilton, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court it be treated as follows:

Allowed as a UNSECURED claim in the              $      176.00 Principal
amount shown at right for the following reason:  $         .00 Interest
   NO PROOF OF SECURITY INTEREST PROVIDED.  CLAIM WILL BE
   ALLOWED AS GENERAL UNSECURED.

WHEREFORE, the Trustee prays the foregoing claim be allowed as set forth above.

DATED: October 14, 2014                     s/ - JAN HAMILTON, TRUSTEE
                                           PO Box 3527, Topeka, KS 66601
                                           jan.hamilton@topeka13trustee.com

                    NOTICE WITH OPPORTUNITY FOR HEARING
The above-named creditor, debtor(s), and debtors' attorney are hereby notified of this Objection and given 30 days from October 14, 2014 to file written objection thereto.  If no objection is filed, an ex parte order will be entered.  If an objection is filed by November 13, 2014, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683, on Tue December 2, 2014 at  9:00 AM.

                         CERTIFICATE OF SERVICE
I certify that I electronically filed the above and foregoing Objection wit the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the creditor named above, the debtor and the following parties on this date: October 14, 2014.
                                            s/ - JAN HAMILTON, TRUSTEE

FG19/JR