```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         FOR THE DISTRICT OF KANSAS
```

```
  IN RE:    RAYMOND ALEXANDER ESPINOSA            CHAPTER 13
            ROBIN KAY WOLFE ESPINOSA              CASE NO.: 14-41057
            1117 SW 3RD STREET

            TOPEKA KS 66606
```

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

- COMES NOW the Chapter 13 Trustee and for his Objection to Confirmation and Motion to Dismiss alleges and states that:

The Plan does not meet the requirements of 11 U.S.C. 1322 and is not confirmable under 11 U.S.C. 1325 for the reason(s) stated as follows:

The Plan is not feasible as required by 11 U.S.C. 1325(a)(6).

> THE TRUSTEE OBJECTS TO TAKING A $200/MO EXPENSE IN LINE
> #57(b) FOR AUTO REPLACEMENT.  ALSO, THE TRUSTEE'S 22C USES
> THE ACTUAL PLAN PAYMENT AMOUNT, $1,374/MO, IN LINE #50.  THE
> TRUSTEE'S 22C CALCULATION RESULTS IN A POOL IN THE AMOUNT
> OF $40,581.  THEREFORE, AN INCREASE IN THE PLAN PAYMENT TO
> APPROXIMATELY $1,613/MO IS REQUIRED.  THE CHAPTER 13 BUDGET
> DOES NOT SUPPORT AN INCREASE TO $1,613/MO.

If the Objections of the Trustee cannot be promptly remedied, the Court is requested to dismiss this case pursuant to 11 U.S.C. 1307 for unreasonable delay by the debtor that is prejudicial to the creditors.

WHEREFORE, the Trustee prays the Court deny confirmation of the Plan filed in this case; that the case be dismissed and for such other further relief as the Court may deem just and equitable in the premises.

Dated: October 14, 2014               s/ - JAN HAMILTON, TRUSTEE
                                      PO Box 3527, Topeka, KS 66601
                                      jan.hamilton@topeka13trustee.com

FG130/1/JR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:    RAYMOND ALEXANDER ESPINOSA            CHAPTER 13
          ROBIN KAY WOLFE ESPINOSA              CASE NO.: 14-41057
          1117 SW 3RD STREET

          TOPEKA KS 66606

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on the above Motion will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683 on Wed November 19, 2014 at 9:00 AM.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the debtor and the following parties on this date: October 14, 2014.

FG130/2/JR                                                          s/ - JAN HAMILTON, TRUSTEE

eoa:    INTERNAL REVENUE SERVICE             RAYMOND ALEXANDER ESPINOSA
        2970 MARKET ST 5TH FLOOR           ROBIN KAY WOLFE ESPINOSA
        BANKRUPTCY DEPARTMENT               1117 SW 3RD STREET
        PHILADELPHIA  PA 19104

                                                                          TOPEKA KS 66606