**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: RAYMOND ALEXANDER ESPINOSA                    CHAPTER 13
      ROBIN KAY WOLFE ESPINOSA                     CASE NO.: 14-41057
      1117 SW 3RD STREET

      TOPEKA KS 66606

### NOTICE OF COMPLIANCE WITH S.O. 11-3

COMES NOW, Jan Hamilton, Chapter 13 Trustee, and notifies the Court that the Debtor in the above-mentioned bankruptcy case has provided the Trustee with Exhibits B and C, and have thus complied with Standing Order 11-3.

No further action on the part of the debtor(s) is necessary.

Respectfully Submitted

Dated: October 20, 2014                    s/ - JAN HAMILTON, TRUSTEE
                                  PO Box 3527, Topeka KS 66601
                                  (785) 234-1551
                                  jan.hamilton@topeka13trustee.com

‾

### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Notice with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the debtor and the following parties on this date:  October 20, 2014.

                                  s/ - JAN HAMILTON, TRUSTEE
FG176/BB

INTERNAL REVENUE SERVICE                                        0803
2970 MARKET ST 5TH FLOOR
BANKRUPTCY DEPARTMENT
PHILADELPHIA  PA 19104